UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, :

    - v. - :

LEVON T. CORNELIUS, :
  a/k/a "T,"
  a/k/a "Tree," :

       Defendant. :

- - - - - - - - - - - - - - - x

ORIGINAL

NOTICE OF INTENT TO
FILE AN INFORMATION

11 CRIM 763

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           August 30, 2011

PREET BHARARA
United States Attorney

JUDGE KOELTL

By: _____
Timothy D. Sini
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Joshua L. Dratel, Esq.
Attorney for Levon T. Cornelius

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 08 2011

WHEEL: A