JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                    :

UNITED STATES OF AMERICA   :

      - v. -        :

                    :

LEVON T. CORNELIUS,    :
  a/k/a "T,"           :
  a/k/a "Tree,"       :

                    :

        Defendant.  :

                    :
- - - - - - - - - - - - - - - x

# 11 CRIM 763

**INFORMATION**

11 Cr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 08 2011

### COUNT ONE

The United States Attorney charges:

1.    From in or about July 2010, up to and including in or about November 2010, in the Southern District of New York and elsewhere, LEVON T. CORNELIUS, a/k/a "T," a/k/a "Tree," the defendant, and others known and unknown intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that LEVON T. CORNELIUS, a/k/a "T," a/k/a "Tree," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.    The controlled substance involved in the offense was mixtures and substances containing a detectable amount of

cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4.   As a result of committing the controlled substance offense alleged in Count One of this Information, LEVON T. CORNELIUS, a/k/a "T," a/k/a "Tree," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third person;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the

2

United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)


PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

v.

### LEVON T. CORNELIUS,
### a/k/a "T,"
### a/k/a "Tree,"

Defendant.

### INFORMATION

11 Cr.

(Title 21, United States Code, Section 846.)

PREET BHARARA
United States Attorney.

9/8/2011   FILED WAIVER OF INDICTMENT AND INFORMATION. DEFT ARRAIGNED ON INFORMATION. DEFT PRES W/ATTY JOSHUA DRATEL. AUSA TIMOTHY SINI. REPORTER SAM MAURO, DEFT ENTERS PLEA OF GUILTY TO INFORMATION. SENTENCE DATE 12/9/2011 AT 2:30PM. PSI ORDERED. DEFT CONT'D DETAINED.

— JUDGE KOELTL