JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

        v.          :          11 Cr.    (JGK)

LEVON CORNELIUS,          :
    a/k/a "T,"
    a/k/a "Tree,"          :

       Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

# 11 CRIM 763

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 8 2011

Levon Cornelius

Witness

Joshua Dratel, Esq.
Defense Counsel

Date:  New York, New York
      September 8, 2011

0202