USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___11-28-11___

LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com



Chambers of
JOHN G. KOELTL
U.S.D.J.

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

November 23, 2011

**BY FACSIMILE [(212) 805-7912]**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.

11/25/11

Re:     *United States v. Levon Cornelius,*
        11 Cr. 763  (JGK)

Dear Judge Koeltl:

        This letter is submitted in regard to the above-entitled case, in which I represent the defendant, Levon Cornelius. Currently, sentencing is scheduled for December 9, 2011, with defendant's sentencing submission due this Friday, November 25, 3011. However, I have yet to receive the draft Pre-Sentence Report. I spoke yesterday with the Probation Officer, Ms. Wanda Whitney, and while the review process within the Probation Department is underway, and it was hoped that it could be provided today, unfortunately that review process is not yet complete.

        As a result, it is respectfully requested that the due date Mr. Cornelius's sentencing submission be adjourned until after I receive the draft Pre-Sentence Report. I will inform the Court promptly when I do receive the draft Report, and will endeavor to make Mr. Cornelius's sentencing submission as quickly thereafter as possible.

LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
November 23, 2011
Page 2 of 2

Also, at this time, Mr. Cornelius is not seeking adjournment of the sentencing itself in the hope that the submissions can still be made sufficiently in advance of sentencing to permit the Court an appropriate time for review and consideration thereof.

Respectfully submitted,

Joshua L. Dratel, Esq.

JLD/ebl

cc:     AUSA Timothy D. Sini
        [By Electronic Mail]

        USPO Wanda Whitney
        [By Electronic Mail]